## THE STATE v. SPAETH, Appellant.

### Division Two, February 3, 1903.

**No Errors:** AFFIRMANCE.   Where the indictment is properly drawn, and the instructions are free from objection and cover every phase of the case, and there is no error in the admission or exclusion of evidence, the judgment will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Walter B. Douglas,* Judge.

AFFIRMED.

*John A. Porter* for appellant.

*Edward C. Crow,* Attorney-General, and *C. D. Corum* for the State.

BURGESS, J.—Defendant was convicted in the circuit court of the city of St. Louis of burglary and larceny, and his punishment fixed at three years imprisonment in the penitentiary for the burglary, and two years for the larceny. He appeals. Defendant is not represented in this court. The indictment is well enough. The instructions cover every phase of the case, and are free from objection. There was no error in the admission or exclusion of evidence, and the verdict is well warranted by the evidence.

The judgment should be affirmed. It is so ordered. All concur.